MICHAEL K. GRACE (SBN 126737)
mgrace@gracelaw.com
PAMELA D. DEITCHLE (SBN 222649)
pdeitchle@gracelaw.com
GRACE+GRACE LLP
790 E. Colorado Blvd., Suite 797
Pasadena, California 91101
Telephone: (626) 696-2450
Facsimile:  (626) 696-1559

Attorneys for Plaintiff
MyLife.com, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MYLIFE.COM, INC., a Delaware corporation, | ) Case No.: |
| | ) |
| | ) **COMPLAINT FOR DAMAGES** |
| Plaintiff, | ) **AND INJUNCTIVE RELIEF FOR** |
| | ) **FEDERAL TRADEMARK** |
| v. | ) **INFRINGEMENT AND FALSE** |
| | ) **DESIGNATION OF ORIGIN** |
| OBJECTIVITY, INC., a California corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

Grace+Grace LLP
Intellectual Property
790 E. Colorado Blvd, Suite 797
Pasadena, CA 91101

COMPLAINT

1    For its complaint against Defendant Objectivity, Inc. ("Defendant"), Plaintiff

2    MyLife.com, Inc. ("MyLife") alleges as follow:

3    1.    MyLife, through its MYLIFE.COM® website and mobile application,

4    is a market leader helping users search and discover valuable personal connections,

5    manage their online identities, communicate, and share information.  Defendant

6    recently entered the business of personal information and online services under the

7    brand GRAPHMYLIFE despite MyLife's objection and with full knowledge of the

8    likelihood of confusion among online consumers.  This is an action for willful

9    infringement and false designation of origin.

## THE PARTIES

11    2.    Plaintiff MyLife.com, Inc. is a Delaware corporation with its principal

12    place of business in Los Angeles, California.

13    3.    Defendant Objectivity, Inc. is a California corporation with its

14    principal place of business in Santa Clara County, California.

## JURISDICTION AND VENUE

16    4.    This court has subject matter jurisdiction over the federal trademark

17    and false designation of origin claims alleged herein under 28 U.S.C. § 1338(a).

18    5.    This court has personal jurisdiction over Defendant, because

19    Defendant resides and/or does business in this judicial district.

20    6.    Venue in this judicial district pursuant to 28 U.S.C. § 1391(b) in that

21    Defendant does business in this judicial district.

## BACKGROUND FACTS

23    7.    Since at least as early as 2009, MyLife has continuously owned and

24    used its MYLIFE family of trademarks to identify, advertise, market and promote

25    its mobile and online services, including social networking, assisting users in

26    finding new connections through MyLife's proprietary databases, providing online

27    identity management, and allowing users to communicate and share information

28

Grace+Grace LLP
Intellectual Property
790 E. Colorado Blvd., Suite 797
Pasadena, CA 91101

1

COMPLAINT

across multiple platforms using MYLIFE.COM® brand smart phone mobile applications and the mylife.com website.

8.    The MYLIFE marks are widely recognized by online users across the country. MyLife currently has approximately 60 million addressable members and attracts over 12 million public visitors each month to its website and mobile devices.  MyLife's distinctive MYLIFE marks symbolize the source of MyLife's services and software applications.

9.    MyLife has registered the following service marks on the Principal Register of the United States Patent and Trademark Office (collectively, the "MyLife Registrations"):

     A.    MYLIFE.COM, Registration No. 3,990,423 (*see* Exhibit 1);

     B.    MYLIFE.COM, Registration No. 4,049,550 (*see* Exhibit 2); and

     C.    **mylife**    Registration No. 4,113,433 (*see* Exhibit 3).

10.    At all times relevant to the claims alleged herein, the MyLife Registrations remain in full force and effect and are the exclusive property of MyLife.

11.    Defendant recently has begun using and displaying the brand GRAPHMYLIFE and the design **GraphMyLife** (the "Infringing Marks") to identify, advertise, and sell a smart phone mobile application that accesses, searches, cross-references, and aggregates data and other information from third party social networking sites.  Defendant also displays the Infringing Marks in conjunction with and describes services in such a manner that is almost identical to how MyLife promotes its mobile and online services.

12.    Defendant's use of the Infringing Marks is likely to cause the public to believe that Defendant is affiliated with or endorsed by MyLife when it is not.

Grace+Grace LLP
Intellectual Property
790 E. Colorado Blvd., Suite 797
Pasadena, CA 91101

2

13.  Defendant has not sought or obtained permission from MyLife to display, use, or advertise the Infringing Marks or any variation of the term MYLIFE for any purpose whatsoever.

14.  MyLife demanded that Defendant cease and desist from further use or display of the Infringing Marks to promote software relating to social networks. Defendant has rejected that request and continues to infringe MyLife's rights.

15.  Defendant has intentionally and knowingly used, and continue to use the Infringing Marks for the purpose of trading off MyLife's reputation and the goodwill associated with the MYLIFE marks for the purpose of causing confusion, mistake or deception as to the origin and sponsorship of Defendant's goods and services.

## FIRST CLAIM

### Federal Trademark Infringement (15 U.S.C. § 1114(a))

16.  MyLife realleges herein paragraphs 1-15 of this complaint.

17.  Defendant is using and displaying the Infringing Marks to identify, advertise and promote Defendant's goods and services, which has created a likelihood of confusion as to the origin or sponsorship of Defendant's goods and services and whether Defendant is affiliated with or authorized by MyLife.

18.  Defendant has intentionally and knowingly used, and continues to use the Infringing Marks for the purpose of trading off MyLife's excellent reputation and deceiving the public as to the origin of Defendant's goods and services.

19.  MyLife has been damaged by the wrongful conduct of Defendant as alleged above.

20.  By reason of Defendant's wrongful conduct, MyLife is entitled to recover Defendant's wrongful profits and MyLife's actual damages, plus attorneys' fees and costs as an exceptional case within the meaning of the Lanham Act, 15 U.S.C. § 1117(a).

Grace+Grace LLP
Intellectual Property
790 E. Colorado Blvd., Suite 797
Pasadena, CA 91101

3

21.     Unless preliminarily and permanently enjoined by this Court, Defendant will continue to infringe MyLife's registered trademarks, cause MyLife's actual and potential customers to be confused, and cause further irreparable harm.

## SECOND CLAIM

### False Designation of Origin (15 U.S.C. § 1125(a))

22.     MyLife realleges herein paragraphs 1-15 of this complaint.

23.     Defendant's use of the Infringing Marks constitutes a false designation of origin in violation of MyLife's rights.  Defendant's conduct has created a likelihood of confusion with MyLife as to the origin and affiliation of Defendant and the sponsorship of its activities in violation of 15 U.S.C. § 1125(a).

24.     MyLife has been damaged by the wrongful conduct of Defendant as alleged above.

25.     By reason of Defendant's wrongful conduct, MyLife is entitled to recover Defendant's wrongful profits and MyLife's actual damages, plus attorneys' fees and costs as an exceptional case within the meaning of the Lanham Act, 15 U.S.C. § 1117(a).

26.     Unless preliminarily and permanently enjoined by this Court, Defendant will continue to infringe MyLife's registered trademarks, cause MyLife's actual and potential customers to be confused, and cause further irreparable harm.

### PRAYER FOR RELIEF

WHEREFORE, MyLife prays for relief as follows:

1.     For judgment in favor of MyLife and against Defendant;

2.     For a preliminary and permanent injunction prohibiting Defendant and each of its respective owners, officers, directors, employees, and agents from using or displaying GRAPHMYLIFE or any similar word or term in connection with

Grace+Grace LLP
Intellectual Property
790 E. Colorado Blvd., Suite 797
Pasadena, CA 91101

4

COMPLAINT

1   social networking services or software for social networking and personal

2   information management;

3         3.      For an award of Defendant's profits and MyLife's damages, trebled

4   pursuant to 15 U.S.C. § 1117(a) according to proof at trial;

5         4.      For MyLife's reasonable attorneys' fees pursuant to 15 U.S.C. §

6   1117(a) and the costs of suit incurred herein; and

7         5.      For such other and further relief as this Court may deem just and

8   appropriate.

9                                      Respectfully submitted,

10  DATED:  November 6, 2013           GRACE+GRACE LLP

11

12  _____

13                                     Michael K. Grace
                                       Attorneys for Plaintiff
14                                     MyLife.com, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Grace+Grace LLP
Intellectual Property
790 E. Colorado Blvd., Suite 797
Pasadena, CA  91101

5

COMPLAINT

# EXHIBIT A



# United States of America
### United States Patent and Trademark Office

## MYLIFE.COM

**Reg. No. 3,990,423**

**Registered July 5, 2011**

**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MYLIFE.COM, INC. (DELAWARE CORPORATION)
12400 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CA 90025

FOR: INTERNET BASED SOCIAL NETWORKING, INTRODUCTION, AND DATING SER-
VICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 2-24-2009; IN COMMERCE 2-24-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-558,542, FILED 8-29-2008.

PAULA MAHONEY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT B

# United States of America

### United States Patent and Trademark Office

# MYLIFE.COM

**Reg. No. 4,049,550**

**Registered Nov. 1, 2011**

**Int. Cls.: 35, 39, and 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MYLIFE.COM, INC. (DELAWARE CORPORATION)
12400 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CA 90025

FOR: PROVIDING AN ON-LINE COMPUTER DATABASE FEATURING DIRECTORY SER-
VICES THAT ASSIST USERS IN OBTAINING CONTACT INFORMATION FOR INDIVIDUALS
, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-24-2009; IN COMMERCE 2-24-2009.

FOR: STORAGE OF ELECTRONIC MEDIA, NAMELY, IMAGES, TEXT AND AUDIO DATA,
IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 2-24-2009; IN COMMERCE 2-24-2009.

FOR: COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING
USER-DEFINED INFORMATION, PERSONAL PROFILES AND PERSONAL INFORMATION,
WITH SEARCH CAPABILITIES; PROVIDING A WEBSITE THAT GIVES COMPUTER USERS
THE ABILITY TO UPLOAD, EXCHANGE, SEARCH AND SHARE PHOTOS, TEXT, VIDEOS
AND VIDEO LOGS; PROVIDING A WEB SITE THAT PROVIDES COMPUTER USERS WITH
THE ABILITY TO UPLOAD, SEARCH AND SHARE USER-GENERATED VIDEOS, ESSAYS
AND ARTICLES ON A WIDE VARIETY OF TOPICS AND SUBJECTS, IN CLASS 42 (U.S.
CLS. 100 AND 101).

FIRST USE 2-24-2009; IN COMMERCE 2-24-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,304,682.

SN 77-398,781, FILED 2-15-2008.

SOPHIA S. KIM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT C

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,113,433**

**Registered Mar. 20, 2012**

**Int. Cls.: 35, 38, 39, 41, 42 and 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

MYLIFE.COM, INC. (DELAWARE CORPORATION)
12400 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CA 90025

FOR: PROVIDING AN ONLINE COMPUTER DATABASE FEATURING DIRECTORY SER-
VICES THAT ASSIST USERS IN OBTAINING CONTACT INFORMATION FOR INDIVIDU-
ALS; COMPUTERIZED DATABASE MANAGEMENT SERVICES FOR OTHERS IN THE
FIELD OF CONTACT INFORMATION, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-25-2009; IN COMMERCE 2-25-2009.

FOR: PROVIDING ON-LINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR
TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST;
PROVIDING EMAIL AND INSTANT MESSAGING SERVICES; ELECTRONIC MAIL SER-
VICES; ELECTRONIC TRANSMISSION OF INSTANT MESSAGES AND DATA; ELECTRON-
ICALLY TRANSMITTING INFORMATION, AUDIO, AND VIDEO CLIPS; PROVIDING ON-
LINE CHAT ROOMS, LISTSERVERS, AND ON-LINE FORUMS FOR TRANSMISSION OF
MESSAGES AMONG COMPUTER USERS CONCERNING USER-DEFINED CONTENT, IN
CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 2-25-2009; IN COMMERCE 2-25-2009.

FOR: ELECTRONIC STORAGE OF DIGITAL CONTENT INCLUDING TEXT, PHOTOGRAPHS,
IMAGES, VIDEO, AND AUDIO, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 2-25-2009; IN COMMERCE 2-25-2009.

FOR: ONLINE JOURNALS, NAMELY, BLOGS FOR REGISTERED USERS FOR THE POSTING
AND TRANSMISSION OF MESSAGES CONCERNING PEOPLE SEARCHES, EMPLOYMENT
SEARCHES, SINGLES AND DATING SERVICES, ENTERTAINMENT, SOCIAL NETWORK-
ING AND TOPICS OF POP CULTURE AND GENERAL INTEREST, IN CLASS 41 (U.S. CLS.
100, 101 AND 107).

FIRST USE 2-25-2009; IN COMMERCE 2-25-2009.

FOR: COMPUTER SERVICES, NAMELY, PROVIDING SEARCH ENGINES FOR OBTAINING
DATA ON A GLOBAL COMPUTER NETWORK; UPDATING AND MAINTENANCE OF

Director of the United States Patent and Trademark Office

**Reg. No. 4,113,433**  DATABASES OF CONTACT INFORMATION FOR OTHERS; COMPUTER SERVICES, NAMELY, HOSTING ONLINE WEB FACILITIES FOR OTHERS FOR ORGANIZING AND CONDUCTING ONLINE MEETINGS, GATHERINGS, AND INTERACTIVE DISCUSSIONS; AND COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING USER-DEFINED INFORMATION, PERSONAL PROFILES AND INFORMATION; COMPUTER SERVICES IN THE NATURE OF CUSTOMIZED WEB PAGES FEATURING USER-DEFINED INFORMATION, PERSONAL PROFILES AND PERSONAL INFORMATION, WHICH INCLUDES SEARCH ENGINES AND SEARCH CAPABILITIES; PROVIDING A WEBSITE THAT GIVES COMPUTER USERS THE ABILITY TO UPLOAD, EXCHANGE, SEARCH AND SHARE PHOTOS, TEXT, VIDEOS AND VIDEO LOGS; PROVIDING A WEBSITE THAT PROVIDES COMPUTER USERS WITH THE ABILITY TO UPLOAD, SEARCH AND SHARE USER-GENERATED VIDEOS, ESSAYS AND ARTICLES ON A WIDE VARIETY OF TOPICS AND SUBJECTS; APPLICATION SERVICE PROVIDER (ASP) FEATURING SOFTWARE TO ENABLE UPLOADING, POSTING, SHOWING, DISPLAYING, TAGGING, BLOGGING, SHARING OR OTHERWISE PROVIDING ELECTRONIC MEDIA OR INFORMATION OVER THE INTERNET OR OTHER COMMUNICATIONS NETWORK, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 2-25-2009; IN COMMERCE 2-25-2009.

FOR: COMPUTER SERVICES IN THE NATURE OF INTERNET-BASED SOCIAL NETWORKING SERVICES; INTERNET-BASED SOCIAL NETWORKING, INTRODUCTION, AND DATING SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 2-25-2009; IN COMMERCE 2-25-2009.

OWNER OF U.S. REG. NO. 3,304,682.

THE MARK CONSISTS OF THE STYLIZED TERM "MY LIFE" AND A STYLIZED DESIGN OF A PERSON.

SER. NO. 77-855,077, FILED 10-22-2009.

ROBERT STRUCK, EXAMINING ATTORNEY